UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

FILED 11 JAN 24 11:07 USDC-ORP

Jonathan Lee Riches a/k/a
Jared Lee Loughner a/k/a
Ronnie Ortiz-Magro,
Plaintiff

CASE NO.

CV '11 - 98    MO

V.

Nicole "Snooki" Polizzi d/b/a Jersey Shore;
Jenni "Jwoww" Farley;
Mike "the Situation" Sorrentino,

Preliminary Injunction, Temporary Restraining Order, TRO
28 USC 1331

My name is Jonathan Lee Riches and I face imminent danger and Bodily harm from Snooki, Jwoww, and the Situation at the Jersey Shore, on South Beach, in front of Oregon Ducks, Defendants chased me along the Lewis and Clark trail and Defendants forced me to drink shots of Rum with them on Gilligans Island and I passed out next to Natalie Holloway then missed my Probation appointment and I violated then went to prison, Defendants were responsible, then I went to school at Eastside High and Snooki and Joe Clark Locked me in a locker with chains with the Fat Black Kid on Juice and I personally saw Snooki and Jwoww sleep with every Kid on the lord of the flys and I missed out on a Golden opportunity to be the 1st Jewish Guy on Jersey Shore, I was in line at the Mtv tryouts and Mike "the situation" was in back of me and gave me laxatives in my Diet Pepsi and put ants in my Pants and in 5 minutes I had Jock itch and ran out of Line and changed my Diapers in a Superman booth and flew over Mtv in BVds and Beyonces hulo but was still Denied a spot on Jersy Shore but promised a role in Alcatraz and then the warden took my Lawsuits and I cut off my right hand in front of Clint Eastwood, but I swear to this on the bible with my Left hand then I became captain Cook and Snooki was Escourting for Somali pirates and Jwoww lap Danced Jonny Depp on the pirates of the carribean, I was behind them Jwoww was secretly married to Chris Farley and Snooki ate Candy w/t John Candy on Cooney Island in front of Daryl Hannah and Hannah storm and Hurricane Katrina slept with Sorrentino on Jeckle Island for federal reserve notes and Snooki rode the creature of the Black Lagoon

PAGE 2

Snooki stuck my head in a Hermit crab shell and Jwoww put a restraining order Against the Karate Kid, thats why he moved. Snooki ate a entire Jar of my motts Apple sauce then she went to red lobster wit my long John Silvers Gift certificates and Snooki stuffed Jumbo shrimp in her bra and took Dinner rolls and then Jwoww has been sleeping with Gov. christie at Gracelands mansion and Snooki pole Danced for springsteins E street Band, Snooki Forced me to paint her Nude on the titanic and the Defendants all Lost their virginity in cherry hill new Jersey and stole CAL Ripkens Balls in Camden and I personally saw Snooki in my History Books as a makeshift raft as George Washington floated on top of her Across the Delaware then Mike "the situation" Bench pressed me Against my will in front of his Surfer Buddies, Snookie Secretly helped Tony soprano Burry Jimmy Hoffa in the Pine Barrens and Harriet Tubmans underground rail road and Donald Trump Got Snooki pregnant at the Tropocana, Snooki was on a flotilla Giving Hamas Hams and I got sea sick, Jwoww Sunk my battleship and Sorrentino was a ship captain on the USS Cole, Don't ask, Don't tell because Sorretino had sex on the beach with the beach Boys and Pish, Defendants instructed the CIA to waterboard me and Snooki flashed mormons on the Great Salt Lakes Nudist colony, I saw Snooki give Alka Selter to Sea Guls Sorrentino stole my wallet and used funds to by steroids from Barry Bonds and Snooki got a Boob Job on chastian Applegates credit and one crazy Summer Defendants and Demi moore buried me in sand under a fat man eating Beans and Snooki personally scouted out missing Kids on milk cartons for the lost Boys, Snooki gave me crabs, Jwoww Listens to coast to coast with George Nore then claims Global warming and said she saw Swamp thing Assault me with sea weed which is Slander. Snooki put a prison hit out on my life with Jaws, Snorks, Anacondo, Quick sand as Hitmen in the 1980's Snooki Hyperdermic Needles pricked me at ocean city and Jwoww & Snooki slept with Naughty by Nature in orange. I seek restraining orders Against the Jersey Shore Broadcasting, Shut down of all National Beaches. The Defendants Actions Scare me offend me which caused me a Anxiety Attack in my Solitary cell at the Federal medical center in lexington Kentucky. I plan to move to a offshore Tax Haven when I get out of prison. Sea You later!

respectfully submitted

Jonathan Lee Riches  9/11/11

Jonathan Lee Riches
#40948-018
Federal medical center
P.O. Box 14500
lexington, KY 40512
859-255-6812